C:\CASE FILES\SENTENCES\Aheyeva\Order -- 7-22-10

RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973) 744-1000 (voice)
(973) 746-1490 (fax)
jeanbarrett@ruhnkeandbarrett.com
Attorneys for Sviatlana Aheyeva

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| vs. | Crim. No. 09-0699 (JLL) |
| SVIATLANA AHEYEVA | ORDER AMENDING CONDITIONS OF RELEASE |
| Defendant. | |

This matter having been opened to the Court upon the application of Ruhnke & Barrett, attorneys for Sviatlana Aheyeva, with David E. Malagold, Assistant United States Attorney having consented on behalf of the Government, and Michele Roman, Pretrial Services Officer, having approved, and good cause having been shown, it is on this 5th day of ~~July, 2010,~~ Aug., 2010

ORDERED that Ms. Aheyeva's conditions of release are amended as follows:

1) Anna Dadiko is removed as third-party custodian and co-signer on the personal recognizance bond and the requirement for a third party custodian is removed as a condition of release;

2) Ariy Robinovich is substituted as co-signer on the bond; and

3) Ms. Aheyeva may reside at an address approved by Pretrial Services.

All other conditions shall remain in effect.

I hereby consent to
the entry of this order:
_____
DAVID E. MALAGOLD, A.U.S.A.

Dated: 7-23-10

HON. Jose L. Linares
United States District Judge

_____
JEAN D. BARRETT
Attorney for Sviatlana Aheyeva

Dated: 7-30-10